2

Anthony Hughes - SBN: 250998
Hughes Financial Law
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph: 916-485-1111
Fax: 916-254-6666
Email: attorney@4851111.com

Attorney for Le Thi Airheart

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 2013-26831 |
| LE THI AIRHEART | Hearing Date: July 2, 2013 |
| | Hearing Time: 03:00 PM |
| | Hon. Ronald Sargis |
| | Courtroom 33 - Dept E |
| | DCN: CAH-001 |
| Debtor | |

## NOTICE OF HEARING ON MOTION TO VALUE SECURED PORTION OF CLAIM OF NISSAN MOTOR ACCEPTANCE CORPORATION

Anthony Hughes, Attorney for the Debtor herein, pursuant to §506(a) and (d) of Title 11, US Codes (the US Bankruptcy Code), has filed a Motion to Value the Secured Portion of the Claim of Nissan Motor Acceptance Corporation. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you oppose this Motion or want the Court to consider your views on this matter, then no less than 14 days before the date of the hearing on this motion, you or your attorney must file with the Court a written response explaining your position at:

    US Bankruptcy Court
    501 I Street - Suite 3-200
    Sacramento, CA 95814

Notice of Hearing           1

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it no less than 14 days before the date of the hearing on this motion. You must also mail a copy of any written and filed response to the Debtor's attorney at the address on the first page of this Notice of Hearing on Motion as well as:

| | |
|---|---|
| David P. Cusick | Office of the US Trustee |
| Trustee in Bankruptcy | 501  I St - Ste 7-500 |
| Chapter 13 Trustee | Sacramento, CA  95814 |
| PO Box 1858 | |
| Sacramento, CA 95812-1858 | |

If you or your attorney do not take these steps, the Court may decide that you do not oppose this action and may grant the Motion, in some circumstances without even conducting an actual hearing.

Respectfully submitted on June 4, 2013.

*/s/ Anthony Hughes*
Anthony Hughes
1395 Garden Highway, Suite 150
Sacramento, CA 95833