2

Anthony Hughes - SBN: 250998
Hughes Financial Law
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph: 916-485-1111
Fax: 916-254-6666
Email: attorney@4851111.com

Attorney for Le Thi Airheart

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>LE THI AIRHEART<br><br>Debtor | Case No. 2013-26831<br>Hearing Date: July 2, 2013<br>Hearing Time: 03:00 PM<br>Hon. Ronald Sargis<br>Courtroom 33 - Dept E<br>DCN: CAH-001 |
|---|---|

# DECLARATION IN SUPPORT OF MOTION TO VALUE SECURED PORTION OF CLAIM OF NISSAN MOTOR ACCEPTANCE CORPORATION

I, Le Thi Airheart, the Debtor herein, hereby declare:

1. The matters as set forth in this declaration are true to the best of my own knowledge; and, if called upon to do so, I could and would competently testify to them

2. I am the Debtor in the above-entitled Bankruptcy case. My case was commenced with the filing of a petition on May 18, 2013. David P. Cusick was duly appointed to serve as Trustee.

3. The Schedules filed on my case disclose my interest in a vehicle, a 2010 Nissan Armada Platinum 2WD with Mileage of 56,094 in Good Condition (hereinafter, the "ASSET").

4. I believe and assert that the reasonable, replacement value[2] of the ASSET is **$29,475.00.**

5. The Schedules filed on my case also list a debt owed to **NISSAN MOTOR ACCEPTANCE CORPORATION**.  I have been informed that a claim has been filed on behalf of Nissan Motor Acceptance Corporation.

6. I believe and assert that this creditor holds a valid security interest in the ASSET in the nature of a Purchase Money Security Interest.

7. Based on the value of the ASSET, I believe and assert that the secured claim of Nissan Motor Acceptance Corporation regarding the ASSET should be allowed at **$29,475.00.**

Wherefore, I join with my attorney in moving this Court to issue an Order valuing the secured portion of the claim filed by Nissan Motor Acceptance Corporation at $29,475.00.

### CERTIFICATION

I, Le Thi Airheart, hereby certify under penalty of perjury that I have read the foregoing Declaration in Support of Motion to Value Secured Portion of Claim of Nissan Motor Acceptance Corporation.  I further certify under penalty of perjury that the contents thereof are true and correct.  Executed on June 4, 2013 at Elk Grove, CA.

/s/ Le Thi Airheart_____
Le Thi Airheart

---

[2] §506(a)(2) defines "replacement value" for personal property in a Chapter 13 case as "…the price a retail merchant would charge for property of that kind considering the age and condition of the property at the time the value is determined."