2

Anthony Hughes - SBN: 250998
Hughes Financial Law
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph: 916-485-1111
Fax: 916-254-6666
Email: attorney@4851111.com

Attorney for Le Thi Airheart

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LE THI AIRHEART<br><br><br><br>                                       Debtor | Case No. 2013-26831<br>Hearing Date: July 2, 2013<br>Hearing Time: 03:00 PM<br>Hon. Ronald Sargis<br>Courtroom 33 - Dept E<br>DCN: CAH-001 |

### PROOF OF SERVICE

I, Nickie Yang, hereby certify under penalty of perjury that I am over the age of eighteen (18) years, and not a party to the within action. I further certify that, on June 4, 2013, I served by regular U.S. mail or certified mail the following documents: (a) <u>Notice Of Motion to Value Secured Portion of Claim Of Nissan Motor Acceptance Corporation</u>, (b) <u>Motion to Value Secured Portion of Claim Of Nissan Motor Acceptance Corporation</u>, (c) <u>Exhibits</u> and (d) <u>Declaration in Support of Motion to Value Secured Portion of Claim Of Nissan Motor Acceptance Corporation</u> by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed as follows:

Case 13-26831    Filed 06/04/13    Doc 20

By regular U.S. mail:

Office of the U.S. Trustee
501 I St - Ste 7-500
Sacramento, CA  95814

David P. Cusick
Trustee in Bankruptcy
Chapter 13 Trustee
PO Box 1858
Sacramento, CA 95812-1858

By certified mail:

Nissan Motor Acceptance Corporation
Attn: An Officer, a Managing or General Agent, or Agent For Service of Process
P.O. Box 660366
Dallas, TX  75266

Nissan Motor Acceptance Corporation
Attn: An Officer, a Managing or General Agent, or Agent For Service of Process
P.O. Box 650214, Tax Operations
Dallas, TX 75265

CSC Lawyers Incorporating Service
Attn: Agent For Service of Process
For Nissan Motor Acceptance Corporation
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

I, Nickie Yang, declare under penalty of perjury, that the foregoing is true and correct. Executed on June 4, 2013.

/s/ Nickie Yang
Nickie Yang
1395 Garden Highway, Suite 150
Sacramento, CA 95833